Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Lynette Constable

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| Lynette Constable,<br><br>    Plaintiff,<br>v.<br><br>Kenneth Eisen & Associates,<br><br>    Defendant. | Case No.: 2:09-cv-01620-ROS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The claims asserted by Plaintiff, Lynette Constable against Defendant, Kenneth Eisen & Associates, in the above-captioned proceeding are hereby dismissed, with prejudice, with each party to bear their own fees and costs.

Dated: 10/07/10            KROHN & MOSS, LTD

                           /s/ Ryan Lee
                           Ryan Lee, Esq.
                           Attorney for Plaintiff,
                           Lynette Constable

Dated: 10/07/10            JEROLD KAPLAN LAW OFFICE, P.C.

                           /s/ Pat Esquivel
                           Pat Esquivel
                           Attorney for Defendant,
                           Kenneth Eisen & Associates

1

Stipulation of Dismissal