# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

Lynette Constable,          )   **Case No.: CV09-01620-PHX-ROS**
                             )
               Plaintiff,   )
                             )
v.                             )   **ORDER**
                             )
Kenneth Eisen & Associates,  )
                             )
              Defendant.  )
                             )
_____))

The Court having considered the parties' Stipulation of Dismissal with Prejudice (Doc. 28), and good cause appearing,

IT IS ORDERED the Stipulation is APPROVED, and the above referenced matter is dismissed with prejudice, with the parties to bear their own fees and costs.

Dated this 7th day of October, 2010.

_____
Roslyn O. Silver
United States District Judge